NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3062

### DAN C. BOECHLER,

Petitioner,

v.

### DEPARTMENT OF THE INTERIOR,

Respondent.

Petition for review of the Merit Systems Protection Board in consolidated cases DE0752040295-I-4 and DE0752040458-I-4.

ON MOTION

Before PROST, Circuit Judge.

### O R D E R

Dan C. Boechler moves for a 17-day extension of time, until August 13, 2009, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 0 5 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   David C. Thompson, Esq.
       Scott D. Austin, Esq.
s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 5 2009

JAN HORBALY
CLERK